IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **HERBERT G. ROLES, III** | § | **PLAINTIFF** |
| | § | |
| v. | § | **CIVIL ACTION NO. 1:03CV949-LG-JMR** |
| | § | |
| **CAPTAIN TAYLOR, , GEORGE PAYNE,** | § | |
| **JR., RICKY GASTON, and HARRISON** | § | |
| **COUNTY DETENTION CENTER** | § | **DEFENDANTS** |

## JUDGMENT

This matter having come on to be heard on the Report and Recommendation of Chief United States Magistrate John M. Roper, Sr., [84] , the Court, after a full review and consideration of the Report and Recommendation, the record, the trial transcript, and the relevant legal authority, finds that in accord with the Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that the Report and Recommendation of Chief Magistrate Judge John M. Roper, Sr., entered on April 29, 2008, be, and the same hereby is, adopted as the finding of this Court.  The Complaint is hereby denied and dismissed.

**SO ORDERED AND ADJUDGED** this the 7th day of July, 2008.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE